In the Matter of the Claim of JAMES HARE, Appellant, v CHAMPION INTERNATIONAL et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted November 3, 2008; decided December 2, 2008

Appeal, insofar as taken from the order of the Appellate Division denying reconsideration or leave to appeal to the Court of Appeals, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; appeal, insofar as taken from the Appellate Division order of affirmance, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601).

In the Matter of JOY BUILDERS, INC., et al., Appellants, v TOWN OF CLARKSTOWN et al., Respondents.

Submitted November 17, 2008; decided December 2, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of MEHRDAD KAHEN et al., Respondents, v TYRONE WOUTERSZ et al., Respondents, and ROSEMARY TORIOLA, Appellant.

Submitted November 10, 2008; decided December 2, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).